DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LATORIA MARSHALL,

Appellant,

v.

PINELLAS COUNTY SCHOOL
BOARD & SUSAN ALVARO,

Appellees.

No. 2D23-607

_____

January 26, 2024

Appeal from the Circuit Court for Pinellas County; Cynthia J. Newton, Judge.

Jerry Girley of The Girley Law Firm, PA, Orlando, for Appellant.

Matthew A. Bowles of GrayRobinson, P.A., Tampa (withdrew after briefing); Sacha Dyson and Kevin M. Sullivan of Bush, Graziano, Rice & Platter, P.A., Tampa (substituted as counsel of record), for Appellee Pinellas County School Board.

No appearance for remaining Appellee.

PER CURIAM.

   Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.